935 A.2d 1268

Joseph EVANS, Petitioner,

v.

Thomas CORBETT, Attorney General for the Commonwealth of Penna., James T. Wynder, Superintendent at S.C.I.–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.

No. 156 EM 2007.

Supreme Court of Pennsylvania.

Oct. 26, 2007.

**ORDER**

PER CURIAM.

**AND NOW,** this 26th day of October, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.